978 So.2d 836 (2008)
John F. ANGELO, Appellant,
v.
STATE of Florida, Appellee.
No. 1D08-0383.
District Court of Appeal of Florida, First District.
March 28, 2008.
John F. Angelo, pro se, Appellant.
Bill McCollum, Attorney General, and Terry P. Roberts, Assistant Attorney General, Tallahassee, for Appellee.
PER CURIAM.
DISMISSED. See Proctor v. State, 845 So.2d 1007 (Fla. 5th DCA 2003) (explaining the required elements of a petition for belated appeal).
WOLF, KAHN, and VAN NORTWICK, JJ., concur.